## 40th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN

### STATE OF LOUISIANA

NO.: 776686                  DIVISION: B

### KENDRA SANCHEZ

### VERSUS

### DAVID FONTIN, NOVA LOGISTICS, INC., AND PROTECTIVE INSURANCE COMPANY

St. John the Baptist Parish Clerk of Court
Eliana DeFrancesch
**FILED:** **Filed: LAPLACE, LOUISIANA**
Date: March 15, 2022          **DEPUTY CLERK**
Time: 10:59 AM

### PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes **KENDRA SANCHEZ,** a person of the age of majority and a resident of Laplace, Louisiana, who respectfully represent the following:

1.

Made defendants herein are:

a. **PROTECTIVE INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana;

b. **DAVID FONTIN,** believed to be a person of the age of majority and resident of the State of Florida; and

c. **NOVA LOGISTICS, INC.,** a foreign corporation domiciled in the State of Illinois and authorized to do and doing business in the State of Louisiana.

2.

Defendants herein are liable jointly and in solido and are indebted unto petitioner for such damages as are reasonable in the premises, including but not limited to property damage, past physical pain and suffering, present physical pain and suffering, future physical pain and suffering, past mental pain and suffering, present mental pain and suffering, future mental pain and suffering, medical expenses, rental expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

EXHIBIT A

On or about April 1, 2021, an automobile accident occurred in the Parish of St. John the

1

Baptist, State of Louisiana, wherein a 2020 Volvo Tractor Trailer owned by **NOVA LOGISTICS, INC.** and operated by **DAVID FONTIN,** started backing up in the road and crashed into the front of the 2014 Jeep Compass operated by Idell Williams in which **KENDRA SANCHEZ** was riding as a passenger. **DAVID FONTIN** was cited for improper backing.

4.

The sole and proximate causes of the accident and the resulting injuries to Petitioner were the negligence of Defendant, **DAVID FONTIN**, which is attributed but not limited to the following non-exclusive particulars:

A. Operating a vehicle in a dangerous and reckless manner, without regard to the safety of others in the vicinity;

B. Failure to see what he should have seen;

C. Failure to keep a good and careful lookout;

D. Failure to maintain reasonable and proper control of the vehicle, which he was operating;

E. Driving at a speed greater than was reasonable and prudent under the circumstances;

F. Failure to keep the vehicle he was operating under control;

G. Failure to yield; and

H. Any other acts of negligence that may be shown at a trial of this matter.

5.

As a result of the above-referenced accident and negligence of Defendants, **KENDRA SANCHEZ**, suffered severe and debilitating injuries in the following particulars:

A. Past, present, and future mental and physical pain and suffering;

B. Past, present, and future medical expenses;

C. Past, present and future pain, suffering, and mental anguish and emotional distress;

D. Permanent damage and disability;

E. Loss of enjoyment of life;

F. Loss of income;

G. Past, present, and future loss of wages; and

H. Such other elements of damages which will be more fully shown at a trial on the

2

merits; and

## 6.

At all times pertinent hereto, **DAVID FORTIN** was believed to be in the course and scope of his employment with **NOVA LOGISTICS, INC.** therefore **NOVA LOGISTICS, INC.** is liable to Petitioner under respondeat superior and/or vicarious liability as well as the negligent hiring, training, and supervision of its employee, **DAVID FORTIN**, in the following non-exclusive particulars:

A.    In allowing its vehicle to be driven by an unsafe and/or unskilled driver;

B.    In failing to instruct the driver in the proper operation of the vehicle;

C.    In allowing the individual to operate the vehicle without first determining his qualifications as a licensed competent driver;

D.    Any and all other acts of negligence that may be proven at the trial of this matter.

## 7.

Upon information and belief, it is alleged that at all times material hereto, **PROTECTIVE INSURANCE COMPANY** provided a policy of liability insurance that insured **NOVA LOGISTICS, INC. AND DAVID FONTIN** on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering said Defendant **PROTECTIVE INSURANCE COMPANY**, liable to Petitioner with the other named defendants.

**WHEREFORE,** Petitioner, **KENDRA SANCHEZ**, prays that Defendants, **DAVID FORTIN, NOVA LOGISTICS, INC., AND PROTECTIVE INSURANCE COMPANY**, be served with a copy of this Petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of your Petitioner, **KENDRA SANCHEZ**, for all amounts commensurate with her damages to include past and future physical pain and suffering, past and future mental pain and suffering, medical expenses, rental expenses, loss of earnings, future loss of earnings capacity, permanent disability to the body, and attorney's fees and costs, all as are reasonable under the premises, to be determined by the trier of fact; said

judgment against Defendants, **DAVID FORTIN, NOVA LOGISTICS, INC., AND PROTECTIVE INSURANCE COMPANY,** together with legal interest thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully Submitted:

*Alvendia, Kelly & Demarest, LLC*

**RODERICK "RICO" ALVENDIA, 25554**
**J. BART KELLY III, 24488**
**JEANNE K. DEMAREST, 23032**
**KURT A. OFFNER, 28176**
**JENNIFER L. KUECHMANN, 36886**
**CASSIE P. GAILMOR, 33319**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001
Email: cassie@akdlalaw.com

-AND-

**GREGORY J. CHIARTANO, Bar No. 33058**
3801 Canal Street, Suite 211
New Orleans, Louisiana 70119

*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE:**

**PROTECTIVE INSURANCE COMPANY**
Through Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

**DAVID FORTIN** – *via long arm*
5242 Millenia Boulevard
Apartment 205
Orlando, Florida 32839

**NOVA LOGISTICS, INC.** – *via long arm*
232 Howard Avenue
Des Plaines, Illinois 60018

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE
DY. CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
DATE

4